# EXHIBIT Q

100% Satisfaction Guarantee      **Shipping Information**                      Sign

NEW! Pajamas   **NEW!** Custom iPad Cases   **TRY IT!** Your Photos on Canvas


**cafepress**

Searcl

**T-Shirts and Clothing**   **Drinkware**   **Cool Wall Stuff**   **Stickers & Flair**   **Home Accents**   **Sta**

**SALE!** Take up to 20% off all T-shirts. No coupon code needed

CafePress > T-Shirts > Shirt



**Shirt**
~~$22.00~~ **$19.00**

Add to Favorites      Add to

**White T-Shirt**

The most comfortable Shirt ev
preshrunk, durable and guara

- 6.1 oz. 100% cotton
- Standard fit

See size chart »



Select Size: **M**

| S | M | L | XL |

Quantity: 1

**100% Satisfaction Guarante
Availability: In Stock.**

Like      Sign Up to see w

Share

**You may also like:**



100% Satisfaction Guarantee    **Shipping Information**                          Sigr



NEW! Pajamas   **NEW!** Custom iPad Cases   **TRY IT!** Your Photos on Canvas

Searcl

**T-Shirts and Clothing**   **Drinkware**   **Cool Wall Stuff**   **Stickers & Flair**   **Home Accents**   **Sta**

**SALE!** Take up to 20% off all T-shirts. No coupon code needed

CafePress > Sweatshirts & Hoodies > Sweatshirt



## Sweatshirt
## $23.00

Add to Favorites        Add t

**Kids Sweatshirt**

Warm up while lookin' casual-
Sweatshirt ash grey Hanes H
not bulky), roomy comfort for
or hanging out.

- 7.8 oz 50/50 cotton/polyes
- Standard fit
- Ribbed waistband and cuf
See size chart »

Select Size: **M**

| S | M | L |

Quantity: 1

**100% Satisfaction Guarante**
**Availability: In Stock.**

Like      Sign Up to see w

Share

**You may also like:**





100% Satisfaction Guarantee    Shipping Information    Sign



NEW! Pajamas   NEW! Custom iPad Cases   TRY IT! Your Photos on Canvas

Search

**T-Shirts and Clothing    Drinkware    Cool Wall Stuff    Stickers & Flair    Home Accents    Sta**

SALE! Take up to 20% off all T-shirts. No coupon code needed

CafePress > T-Shirts > Shirt





### Shirt
~~$24.00~~ **$22.00**

Add to Favorites      Add to

**American Apparel Fitted T-S**

For stylish weekend comfort a
fine, combed ring-spun cotton
summer comfort or winter laye
skin. (Size up for a looser fit).

- 4.3 oz. Ultra-fine combed r
- Vintage fit (size up for a lo
- Made in the U.S.A.

See size chart »

Select Size: M

| S | M | L | XL |

Quantity: 1

100% Satisfaction Guarante
Availability: In Stock.

Like      Sign Up to see w

Share

**You may also like:**







100% Satisfaction Guarantee        Shipping Information                                    Sign



NEW! Pajamas    NEW! Custom iPad Cases    TRY IT! Your Photos on Canvas

[_____]    Search

T-Shirts and Clothing    Drinkware    Cool Wall Stuff    Stickers & Flair    Home Accents    Sta

**HAPPY CINCO DE MAYO!** Take 15% off your entire order. Use code:

CafePress > T-Shirts > T



**T**
**$26.00**

Add to Favorites        Add to

**Jr. Ringer T-Shirt**
Our women's T tees from Hyp

- 4.8 oz. 100% fine jersey co
- Size up for a looser fit
- Contrasting neck and cuff

Thin                                    Thic
T-Shirt Fabric Thickness

Select Color: Pink/Salmon

[ ]    [ ]    [ ]

Select Size: M

| S | M | L | XL |

Quantity: 1                        A

**100% Satisfaction Guarante**
Availability: In Stock.

Like        Sign Up to see w

Share

**You may also like:**



close        **ENTER TO WIN A FREE T-SHIRT** email address GET SPECIAL E  ENTER TO WIN    /rules / privacy

100% Satisfaction Guarantee        Shipping Information                                    Sign

**cafe press**

NEW! Pajamas    NEW! Custom iPad Cases    TRY IT! Your Photos on Canvas

[                                                                                    ]   Search

T-Shirts and Clothing     Drinkware     Cool Wall Stuff     Stickers & Flair     Home Accents     Sta

**SALE!** Take up to 20% off all T-shirts. No coupon code needed

## 16 Products Feature This Design

See all designs from Admin_CP3448297

**See products in:**
- T-Shirts & Clothing
- Stickers & Flair
- T-shirts & Clothing

**Find Gifts & Merchandise about relate**
DAVID BARKSDALE gifts, black panther party g
gifts, xicano gifts, zapatista gifts, april 15 gifts, a
gifts & merchandise

Like        Sign Up to see what your friends like

Share

View Larger

## T-Shirts & Clothing







MORE COLORS AVAILABLE
Midnight Black T-Shirt
~~$25.00~~ **$23.00**

MORE COLORS AVAILABLE
Long Sleeve Midnight Black T-Shirt
~~$28.00~~ **$26.00**

MORE COLORS A
Tee
~~$25.00~~ **$20**



**MORE COLORS AVAILABLE**
T
~~$20.00~~ **$18.00**



T-Shirt
~~$28.00~~ **$22.25**



**MORE COLORS A**
T-Shir
~~$28.00~~ $2€



Women's Plus Size V-Neck Dark
T-Shirt
~~$35.00~~ **$32.00**



Women's Plus Size V-Neck Dark
T-Shirt
~~$35.00~~ **$32.00**



Women's Plus Size
Dark T-S
~~$35.00~~ $33



Women's Plus Size Scoop Neck
Dark T-Shirt
~~$35.00~~ **$33.00**

Back To Top

## Stickers & Flair



100% Satisfaction Guarantee       Shipping Information                                    Sign

NEW! Pajamas    NEW! Custom iPad Cases    TRY IT! Your Photos on Canvas

Searcl

**T-Shirts and Clothing**    **Drinkware**    **Cool Wall Stuff**    **Stickers & Flair**    **Home Accents**    **Sta**

**SALE!** Take up to 20% off all T-shirts. No coupon code needed

CafePress > Hats & Caps > Baseball Cap



## Baseball Cap
## $17.00

Add to Favorites          Add t

**Cap**

Baseball Cap is

Our adjustable, 100% brushe
heat. Wear it anytime you wai
features a sturdy low profile b
Premium Printing for images t

- Adjusts from 20" to 24"
- Crown measures 3 1/4"
- Unstructured 100% brushe
- Available in Khaki or White
- Hand wash with warm wat
- Hang Dry

Select Color: Khaki

Quantity:  1

**100% Satisfaction Guarante**
**Availability:** In Stock.

Like        Sign Up to see w

Share

You may also like:

## Baseball Cap

Designer: Strk3 - Propaganda shirts, stickers, and gifts
Product ID: 131305176
Date Created: May 07, 2007 at 10:21 PM

100% Satisfaction Guarantee      Shipping Information      Sign



**NEW!** Pajamas    **NEW!** Custom iPad Cases    **TRY IT!** Your Photos on Canvas

[                                                    ]   Search

T-Shirts and Clothing    Drinkware    Cool Wall Stuff    Stickers & Flair    Home Accents    Sta

**SALE!** Take up to 20% off all T-shirts. No coupon code needed

CafePress > Bumper Stickers > Decal



### Decal
### $4.00

Add to Favorites         Add t

**Sticker (Oval)**

Decal is Our stickers are print
meaning no fading in the sun

- Measures 3" x 5" oval
- Printed on durable 4mil vir

Quantity: [ 1 ]

**100% Satisfaction Guarante
Availability:** In Stock.

Like      Sign Up to see w

Share

**You may also like:**






### Decal

Designer: Strk3 - Propaganda shirts, stickers, and gifts
Product ID: 131306756
Date Created: May 07, 2007 at 10:27 PM



100% Satisfaction Guarantee      Shipping Information                          Sigr

**NEW!** Pajamas    **NEW!** Custom iPad Cases    **TRY IT!** Your Photos on Canvas

Searcl

**T-Shirts and Clothing**    **Drinkware**    **Cool Wall Stuff**    **Stickers & Flair**    **Home Accents**    **Sta**

**SALE!** Take up to 20% off all T-shirts. No coupon code needed

CafePress > Coasters > Tile Coaster



## Tile Coaster
## $10.00

Add to Favorites        Add t

**Tile Coaster**

Tile Coaster is Liven up any r
4.25" x 4.25" and 1/6-inch thic
dye as part of the coating. Fo
Dishwasher safe. Not for use

Quantity: 1

**100% Satisfaction Guarante**
**Availability: In Stock.**

Like    Sign Up to see w

Share

**You may also like:**









100% Satisfaction Guarantee        Shipping Information                    Sign

**NEW!** Pajamas    **NEW!** Custom iPad Cases    **TRY IT!** Your Photos on Canvas

Search

T-Shirts and Clothing     Drinkware     Cool Wall Stuff     Stickers & Flair     Home Accents     Sta

**SALE!** Take up to 20% off all T-shirts. No coupon code needed

CafePress > Postcards > Postcards (Package Of 8)

**Postcards (Packa**
**$8.00**

Add to Favorites        Add to

**Postcards (Package of 8)**

These high quality Postcards
come in a package of eight. T
send updates and greetings w



- Full Bleed dynamic color
- Sturdy 12 pt glossy paper
- Package of eight

Quantity: 1

**100% Satisfaction Guarante**
**Availability: In Stock.**

Like    Sign Up to see w

Share

**You may also like:**







100% Satisfaction Guarantee     Shipping Information                        Sign

**NEW!** Pajamas     **NEW!** Custom iPad Cases     **TRY IT!** Your Photos on Canvas

Searc

T-Shirts and Clothing     Drinkware     Cool Wall Stuff     Stickers & Flair     Home Accents     Sta

**SALE!** Take up to 20% off all T-shirts. No coupon code needed

CafePress > Bags > Tote Bag



## Tote Bag
### $17.00

Add to Favorites          Add to

**Tote Bag**

Our 100% cotton canvas Tote
need when you are on the go.
easy carrying.

- 10 oz heavyweight natural
- Full side and bottom gusse
- 22" reinforced self-fabric h
- Machine washable
- Measures 15" x 18" x 6"

Quantity: | 1

**100% Satisfaction Guarante**
**Availability: In Stock.**

Like     Sign Up to see w

Share

### You may also like:








100% Satisfaction Guarantee        Shipping Information                                    Sign

**NEW!** Pajamas    **NEW!** Custom iPad Cases    **TRY IT!** Your Photos on Canvas

[Search box]                                                                   Searcl

**T-Shirts and Clothing**    **Drinkware**    **Cool Wall Stuff**    **Stickers & Flair**    **Home Accents**    **Sta**

**SALE!** Take up to 20% off all T-shirts. No coupon code needed

# 94 Products Feature This Design

See all designs from Admin_CP3448297

**See products in:**
- Drinkware
- T-Shirts & Clothing
- Home Decor
- Stickers & Flair
- Home & Gifts
- Drinkware
- T-shirts & Clothing

**Find Gifts & Merchandise about relate**
david barksdale gifts, bobby seale gifts, cowboy
gifts, reteaparty.com gifts, Black panthers gifts,
black panther gifts, tax day tea party gifts, gifts

Like        Sign Up to see what your friends like

View Larger                    Share

## Drinkware

                

Mug                         Large Mug                   Stein
$15.00                      $18.00                      $20.00

Back To Top

## T-Shirts & Clothing



MORE COLORS AVAILABLE
Black on White T
$22.00 **$19.00**

MORE COLORS AVAILABLE
Red on White T
$22.00 **$19.00**

MORE COLORS A
Navy on Wi
$22.00 **$19**







MORE COLORS AVAILABLE
Baseball Jersey
$22.00 **$19.00**

MORE COLORS AVAILABLE
Navy on White Baseball Jersey
$22.00 **$19.00**

MORE COLORS A
Navy Blue 1
$25.00 **$23**







MORE COLORS AVAILABLE
Imperial Red T-Shirt
$25.00 **$23.00**

MORE COLORS AVAILABLE
Fallout Gray T-Shirt
$25.00 **$23.00**

MORE COLORS A
Royal Blue
$25.00 **$23**







MORE COLORS AVAILABLE
Terra Brown T-Shirt

MORE COLORS AVAILABLE
Baby Onesie

MORE COLORS A
Baby One

$25.00 **$23.00**                    $15.00                    $15.00







**MORE COLORS AVAILABLE**
Women's Imperial Red T-Shirt
$25.00 **$20.00**

**MORE COLORS AVAILABLE**
Women's Crockett Teal T-Shirt
$25.00 **$20.00**

MORE COLORS A
Light Blue T
$22.00 $17







**MORE COLORS AVAILABLE**
Ash Grey T-Shirt
$22.00 **$17.00**

White T-Shirt
$22.00 **$19.00**

MORE COLORS A
Women's Rose F
$22.00 $19







**MORE COLORS AVAILABLE**
Women's Light Blue T-Shirt
$22.00 **$19.00**

Tote Bag
$17.00

MORE COLORS A
Baseball (
$17.00





MORE COLORS AVAILABLE
T
~~$10.00~~ $8.50



MORE COLORS A
T
~~$10.00~~ $8

Women's Tank Top
~~$20.00~~ $17.50



MORE COLORS AVAILABLE
Shirt
~~$25.00~~ $23.00



MORE COLORS AVAILABLE
T-Shirt
~~$18.00~~ $16.00



MORE COLORS A
T-Shir
~~$18.00~~ $16



MORE COLORS AVAILABLE
T
~~$20.00~~ $18.00



MORE COLORS AVAILABLE
T
~~$20.00~~ $18.00



MORE COLORS A'
Hoodie
$35.00



MORE COLORS AVAILABLE
Tee



MORE COLORS AVAILABLE
Tee



MORE COLORS A'
Bib

~~$22.00~~ **$20.00**     ~~$22.00~~ **$20.00**     $12.00



**MORE COLORS AVAILABLE**
Long Sleeve Navy Blue T-Shirt
~~$28.00~~ **$26.00**



Messenger Bag
$25.00



Trucker
$12.00



Shirt
~~$22.00~~ **$20.00**



**MORE COLORS AVAILABLE**
Jr.Spaghetti Strap
~~$22.00~~ **$19.50**



**MORE COLORS A**
Jr.Spaghetti
~~$22.00~~ **$19**



**MORE COLORS AVAILABLE**
Jr.Spaghetti Strap
~~$22.00~~ **$19.50**



**MORE COLORS AVAILABLE**
Jr.Spaghetti Strap
~~$22.00~~ **$19.50**



**MORE COLORS A**
Sweatsh
$30.00



MORE COLORS AVAILABLE
Long Sleeve T-Shirt
$25.00 $23.00



MORE COLORS AVAILABLE
T-Shirt
$28.00 $26.00



MORE COLORS A
Shirt
$26.00 $24



MORE COLORS AVAILABLE
Shirt
$26.00 $24.00



MORE COLORS AVAILABLE
T
$26.00 $24.00



MORE COLORS A
T
$26.00 $24



T-Shirt
$28.00 $25.00



MORE COLORS AVAILABLE
Tee
$20.00



MORE COLORS A
Tee
$20.00



T



Boxer Shorts



Fitted Hoo

$22.00 **$19.00**                    $16.00                    $30.00

    

**MORE COLORS AVAILABLE**       **MORE COLORS AVAILABLE**
Organic Cotton Tee                     Hoodie                     T-Shirt
$26.00 **$25.00**                    $25.00                 $28.00 $25

Back To Top

## Home Decor

    

**MORE COLORS A**
Wall Clock                     Tile Coaster                     BBQ Apr
$15.00                         $10.00                         $22.00



Postcards (Package of 8)
$8.00

Back To Top

## Stickers & Flair







Button
$4.00

Decal
$4.00

Decal
$4.00









Mini Button
$3.00

Magnet
$4.00

20x12 Oval W
$15.00

Back To Top

## Home & Gifts







Button
$4.00

Rectangle Magnet
$5.00

Tote Ba
$17.00







Tile Coaster
$10.00

Mini Button
$3.00

MORE COLORS A
BBQ Apr
$22.00







Mousepad
$13.00

Messenger Bag
$25.00

MORE COLORS A
Keepsake
$25.00

Back To Top

## Drinkware







Mug
$15.00

Large Mug
$18.00

Stein
$20.00

Back To Top

## T-shirts & Clothing



MORE COLORS AVAILABLE
Black on White T
~~$22.00~~ $19.00

MORE COLORS AVAILABLE
Red on White T
~~$22.00~~ $19.00

MORE COLORS AVAILABLE
Navy on Wi
~~$22.00~~ $19





MORE COLORS AVAILABLE
Baseball Jersey
~~$22.00~~ $19.00

MORE COLORS AVAILABLE
Navy on White Baseball Jersey
~~$22.00~~ $19.00

MORE COLORS A
Navy Blue T
~~$25.00~~ $23





MORE COLORS AVAILABLE
Imperial Red T-Shirt
~~$25.00~~ $23.00

MORE COLORS AVAILABLE
Fallout Gray T-Shirt
~~$25.00~~ $23.00

MORE COLORS A
Royal Blue
~~$25.00~~ $23



**MORE COLORS AVAILABLE**
Terra Brown T-Shirt
$25.00 **$23.00**



**MORE COLORS AVAILABLE**
Baby Onesie
$15.00



**MORE COLORS A**
Baby One
$15.00



**MORE COLORS AVAILABLE**
Women's Imperial Red T-Shirt
$25.00 **$20.00**



**MORE COLORS AVAILABLE**
Women's Crockett Teal T-Shirt
$25.00 **$20.00**



**MORE COLORS A**
Light Blue T
$22.00 **$17**



**MORE COLORS AVAILABLE**
Ash Grey T-Shirt
$22.00 **$17.00**



White T-Shirt
$22.00 **$19.00**



**MORE COLORS A**
Women's Rose F
$22.00 **$19**



**MORE COLORS AVAILABLE**
Women's Light Blue T-Shirt



**MORE COLORS AVAILABLE**
Baseball Cap



**MORE COLORS A**
Baseball C

$22.00 **$19.00**          $17.00                    $17.00





MORE COLORS AVAILABLE          MORE COLORS AVAILABLE          MORE COLORS A
T                                T                                T
$10.00 **$8.50**                 $10.00 **$8.50**                 $10.00 **$8.





MORE COLORS AVAILABLE          MORE COLORS AVAILABLE          MORE COLORS A
T-Shirt                          T-Shirt                          T
$18.00 **$16.00**                $18.00 **$16.00**                $20.00 **$18.





MORE COLORS AVAILABLE          MORE COLORS AVAILABLE          MORE COLORS A
T                                Hoodie                           Tee
$20.00 **$18.00**                $35.00                           $22.00 **$20



MORE COLORS AVAILABLE
Tee
~~$22.00~~ **$20.00**



MORE COLORS AVAILABLE
Bib
$12.00



Shirt
~~$24.00~~ $22



Trucker Hat
$12.00



MORE COLORS AVAILABLE
Shirt
~~$26.00~~ **$24.00**



Shirt
~~$22.00~~ $20



MORE COLORS AVAILABLE
Jr.Spaghetti Strap
~~$22.00~~ **$19.50**



MORE COLORS AVAILABLE
Jr.Spaghetti Strap
~~$22.00~~ **$19.50**



MORE COLORS A
Jr.Spaghetti
~~$22.00~~ $19



MORE COLORS AVAILABLE
Sweatshirt



MORE COLORS AVAILABLE
Shirt



MORE COLORS A
Long Sleeve

$30.00                    ~~$25.00~~ **$22.00**                    ~~$25.00~~ $23







MORE COLORS AVAILABLE          MORE COLORS AVAILABLE          MORE COLORS A
Shirt                          Shirt                          Shirt
~~$26.00~~ **$24.00**          ~~$26.00~~ **$24.00**          ~~$26.00~~ $24







MORE COLORS AVAILABLE          MORE COLORS AVAILABLE
T                              T                              T-Shir
~~$26.00~~ **$24.00**          ~~$26.00~~ **$24.00**          ~~$28.00~~ $25







MORE COLORS AVAILABLE          MORE COLORS AVAILABLE
Tee                            Tee                            T
$20.00                         $20.00                         ~~$22.00~~ $19

Case 4:11-cv-04208-YGR  Document13-17  Filed06/17/11  Page27 of 32







Dog T-Shirt
$18.00 $16.00

MORE COLORS AVAILABLE
Organic Cotton Tee
$26.00 $25.00

MORE COLORS A
Hoodie
$25.00



MORE COLORS AVAILABLE
Sweatshirt
$23.00

Back To Top

**Can't find exactly what you're looking for? Make your own**    **CUSTOM T-SHIRT**

| International Sites: | Australia | Germany | Canada | United Kingdom | United States & Worldwide |
|---|---|---|---|---|---|
| Currency: | AUD | CAD | GBP | EUR | USD |

Non-US currency rates are updated daily and may fluctuate.

About CafePress | Help | Privacy Policy | Intellectual Property Policy | Content Disclaimer | Tags | Products | Sitemap

All Content Copyright © 1999- 2011 CafePress.com. Use of this web site constitutes acceptance of the Terms of Service.

100% Satisfaction Guarantee     Shipping Information                                    Sigr



NEW! Pajamas     NEW! Custom iPad Cases     TRY IT! Your Photos on Canvas

[ Search box ]                                                                          Searcl

**T-Shirts and Clothing     Drinkware     Cool Wall Stuff     Stickers & Flair     Home Accents     Sta**

**SALE!** Take up to 20% off all T-shirts. No coupon code needed

CafePress > Business Cards > Business Cards

# Business Cards

As low as $0.17 / card          Add to Favorites

### Company Name

Company Message

### Full Name
SNASA

Address Line 1
Address Line 2
Address Line 3

phone/other
fax/other
email/other
web/other

**View larger**

**1   Enter your pers**

Enter your personalize
button below to apply

Company Name:
( Company Name )

Company Message:
( Company Message

Full Name:
( Full Name )

Job Title:
( Job Title )

Address Line 1:
( Address Line 1 )

Address Line 2:
( Address Line 2 )

Address Line 3:
( Address Line 3 )

Phone / Other:
( Phone / Other )

Fax / Other:
( Fax / Other )

Email / Other:
( Email / Other )

**Dimensions:** 3.5" x 2"

**Card Type:** Business Cards Business Cards

**Paper Types:** McCoy Matte 110 lb. cover

**Printing Process:** Digital offset printing.

**Share this design:**

Like     Sign Up to see what your friends like.

Share

100% Satisfaction Guarantee    Shipping Information    Sign

**NEW!** Pajamas    **NEW!** Custom iPad Cases    **TRY IT!** Your Photos on Canvas

# cafe press

[ Search field ]    Searcl

**T-Shirts and Clothing    Drinkware    Cool Wall Stuff    Stickers & Flair    Home Accents    Sta**

**HAPPY CINCO DE MAYO!** Take 15% off your entire order. Use code:

CafePress > Invitations > Invitations

## Invitations

As low as **$1.50 / card**

Add to Favorites



YOU ARE CORDIALLY INVITED TO A

*Dinner Party*

DATE
TIME

VENUE
ADDRESS LINE 1
ADDRESS LINE 2

ADDITIONAL INFORMATION ABOUT THE EVENT

RSVP TO (NAME) AT (PHONE NUMBER)
BY (DATE)

**View larger**

**1    Enter your pers**

Enter your personalize
button below to apply

Event Greeting 1:
( Event Greeting 1 )

Event Greeting 2:
( Event Greeting 2 )

Date:
( Date )

Time:
( Time )

Venue:
( Venue )

Address Line 1:
( Address Line 1 )

Address Line 2:
( Address Line 2 )

Additional Information
( Additional Informatic

Rsvp To:
( Rsvp To )

Rsvp By Date:

**Dimensions:** 4" x 9.25"

**Card Type:** Invitations Invitations

close

**Paper Types:** McCody Matte 110 lb. Cover

**ENTER TO WIN A FREE T-SHIRT** ddress GET SPECIAL EMAIL ONLY OFFERS     **ENTER GIVEAWAY**

RSVP By Date Privacy
Offertarget



100% Satisfaction Guarantee     Shipping Information                          Sigr

**NEW!** Pajamas     **NEW!** Custom iPad Cases     **TRY IT!** Your Photos on Canvas

○ all ● t-shirts     | black panther party |     **Search!**

**T-Shirts and Clothing**     **Drinkware**     **Cool Wall Stuff**     **Stickers & Flair**     **Home Accents**     **Sta**

**SALE!** Take up to 20% off all T-shirts. No coupon code needed

CafePress > T-shirts > Black Panther Party T-shirts

# Black Panther Party T-Shirts & Tees

**Filter "tshirts"**
(Show all)

**Men**          (show all)
Short Sleeve
Long Sleeve
American Apparel
Organic
Polos

**Women**     (show all)
Short Sleeve
Long Sleeve
Fitted T-Shirt
Cap Sleeve
Tank
Maternity
Plus Size
American Apparel
Organic
Polos

**Kids**          (show all)
Short Sleeve
Long Sleeve
American Apparel
Organic

**Infants**     (show all)
Infant Tee
Toddler Tee
Long Sleeve
Bodysuits
Long Sleeve Bodysuits
Organic
Baby Blankets
Baby Hat

**Dogs**
T-Shirts





**Midnight Black T-Shirt**   $25 $23
Dark T-Shirt

See all products from the Midnight Black
design collection »

**Cute Black panther party T-Shirt**   $2
$23
Dark T-Shirt

See all products from the black panther par
design collection »







**Unique Black panther party Shirt**   $26
$24
Jr. Jersey T-Shirt

**Funny Black panther party Shirt**   $2
$22
Fitted T-Shirt

See all products from the Shirt design collection »

See all products from the Shirt design collection »

### Related Products

black panther party dog ts

black panther party long sleeve t's

black panther party hats & caps

black panther party underwear & panties

black panther party polos

### Other Popular Black Panther Party Products

tank tops

long sleeve t's

kids baseball jerseys

plus size

baby bodysuits



**Black Liberation Tee**  $22 **$19**
Women's T-Shirt

See all products from the Black Liberation Tee design collection »



**Cool Black panther party T-Shirt**  $2
**$23**
Dark T-Shirt

See all products from the black panther par design collection »



Design Your Own

*Browse t-shirts by design:*

T Shirts T-shirts
  2011 Graduation T-shirts
  Animal T-shirts
  Autism T-shirts
  Childrens T-shirts
  Cool T-shirts
  Cute T-shirts
  Ethnic T-shirts
  Family & Baby T-shirts
  Fantasy & SciFi & Anime T-shirts
  Food & Drink T-shirts
  Funny T-shirts
  Graphic T-shirts
  Health & Health Conditions T-shirts
  Humor T-shirts
  Identity T-shirts
  Interests T-shirts
  Media & Pop Culture T



**T-Shirt**  $25 **$23**
Dark T-Shirt

See all products from the black panther party design collection »



**Terra Brown T-Shirt**  $25 **$23**
Dark T-Shirt

See all products from the Terra Brown desig collection »

Sort by: **Relevance**  |  New Additions

Showing: 1 – 25 of 25 **Black panther party T-shirts** designs available on 405 products

**Most Popular "Black panther party" Products**                                      I

-shirts
Military T-shirts
Mothers Day T-shirts
Movie T-shirts
*Show more >*





**Freedom Terms and Conditions T-Shirt**
$25 $23
Dark T-Shirt

See all products from the Freedom Terms
and Conditions design collection »

**Freedom Terms and Conditions T-Sh**
$25 $23
Dark T-Shirt

See all products from the Freedom Terms
and Conditions design collection »



