THE LAW OFFICE OF ROBERT J. BERNSTEIN
ROBERT J. BERNSTEIN (NY SBN 1183276)
E-mail:  rjb@robert-bernsteinlaw.com
380 Lexington Avenue, 17th Floor
New York, NY  10168
Telephone:  (212) 551-1068
Facsimile:   (212) 551-1001

Attorneys for Plaintiff
The Dr. Huey P. Newton Foundation, Inc.

MANATT, PHELPS & PHILLIPS, LLP
JILL M. PIETRINI (SBN 138335)
E-mail:  jpietrini@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064
Telephone:  (310) 312-4000
Facsimile:   (310) 312-4224

SHANNON S. KING (SBN 233386)
E-mail:  ssking@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:   (415) 291-7474

Attorneys for Defendant
CafePress Inc. formerly known as CafePress.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE DR. HUEY P. NEWTON FOUNDATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CAFEPRESS INC., <br><br> Defendant. | Case No.  CV-11-04208-SI <br><br> **STIPULATION AND [PROPOSED] ORDER RE:  EXTENDING THE DEADLINE FOR ADR PROCESS** |

Plaintiff The Dr. Huey P. Newton Foundation, Inc. ("Plaintiff") and Defendant CafePress Inc. ("CafePress") hereby stipulate, subject to the Court's approval, that the mediation set for this case pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 be extended four days beyond the 90-day deadline set forth in the Court's Order of October 26, 2011. (*Docket No*. 50). The current 90-day deadline for the parties to participate in an ADR session is January 23, 2012. The parties, all counsel and the mediator have conferred and are available for mediation commencing on January 26, 2012 and potentially continuing on the morning of January 27, and ask that the Court extend the parties' deadline to hold an ADR session until January 27, 2012 to accommodate such mediation.

As set forth in the accompanying Declaration of Shannon S. King, the parties have good cause for stipulating to this short extension under ADR. L.R. 6-6 based on the following:

1. The parties have scheduling conflicts that make holding a mediation within the 90-day timeframe unfeasible.

2. The mediator selected to preside over the mediation is unavailable from December 12, 2011 through January 9, 2012 for medical reasons.

3. The extension requested would enable the parties to hold the mediation session only four days past the current 90 day deadline of January 23, 2012.

4. This is the first extension of time requested for the ADR process.

Both parties, all counsel and the mediator are available to participate in a mediation on Thursday, January 26, 2012 and the morning of January 27, and plan to hold such mediation on that date, subject to the Court's approval of this stipulation. **THEREFORE, the parties stipulate and jointly request that the 90-day deadline under ADR L.R. 6-4(b) set forth in the Court's order dated October 26, 2011, be extended to January 27, 2012**.

Respectfully Submitted,

Dated: December 2, 2011

THE LAW OFFICE OF ROBERT J. BERNSTEIN

By: /s/ Robert J. Bernstein
Robert J. Bernstein

Attorneys for Plaintiff
The Dr. Huey P. Newton Foundation, Inc.

Dated: December 2, 2011

MANATT PHELPS & PHILLIPS LLP

By: /s/ Shannon S. King
Shannon S. King

Attorneys for Defendant
CafePress Inc. formerly known as CafePress.com, Inc.

*Pursuant to General Order No. 45, Section X(B), Shannon S. King hereby attests that concurrence in the filing of this document has been obtained from Robert J. Bernstein.*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for commencing the mediation under ADR L.R. 6-4(b) is hereby continued from January 23, 2011, to January 27, 2012.

Dated: 12/6/11

Honorable Susan Illston
U.S. District Court Judge

3

## **DECLARATION OF SHANNON S. KING IN SUPPORT OF STIPULATION**

I, Shannon. S. King, declare as follows:

**1.** I am an attorney-at-law, a member in good standing of the State Bar of California, and an associate at the law firm of Manatt, Phelps & Phillips, LLP, counsel of record for defendant CafePress Inc. formerly known as CafePress.com, Inc. ("CafePress"). I have personal knowledge of the matters set forth in this Declaration and if called upon to testify, I could and would testify competently thereto. This Declaration is submitted in support of the stipulation to extend the deadline for ADR process.

**2.** The parties in this litigation have scheduling conflicts that make holding a mediation within the 90-day timeframe set forth in the Court's Order of October 26, 2011, unfeasible.

**3.** On information and belief, the mediator selected to preside over the mediation is unavailable from December 12, 2011 through January 9, 2012 for medical reasons.

**4.** The extension requested would enable the parties to hold the mediation session on January 26-27, 2011, only four days past the current 90 day deadline of January 23, 2012.

**5.** This is the first extension of time requested for the ADR process.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 2nd day of December, 2011 at San Francisco, California.

/s/Shannon S. King
Shannon S. King

301084224.1