1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE DR. HUEY P. NEWTON
FOUNDATION, INC.,

      Plaintiff,

   vs.

CAFEPRESS.COM, INC.,

      Defendant.

Case No.: C-11-04208-YGR

**NOTICE OF NEED TO CHANGE TRIAL DATE;
OFFER TO REFER TO MAGISTRATE JUDGE**

TO ALL PARTIES AND COUNSEL OF RECORD,

     The Court does not have any available trial dates in February 2013 to maintain the parties'
trial date.  If the parties would like to maintain the current trial date, the Court encourages them to
consent to the jurisdiction of a magistrate judge who can guarantee that trial date.  Counsel are
ordered to discuss this option with their clients, and then the parties shall meet and confer regarding
same.  The Court will accept requests for assignment to a specific magistrate judge or magistrate

judges.[1]  When the parties meet and confer, the parties also must discuss the parties' availabilities for alternate trial dates.

Within 7 days of the date of this Order:

1)  The parties shall advise the Court whether they will consent to try this case before a magistrate judge if a magistrate judge can guarantee a specific trial date.  If so, the parties may provide a list of those magistrate judges to whom they will agree to consent.  The Court will then advise the parties whether their choice of magistrate judge(s) can guarantee their trial date.

2)  If the parties do not agree to consent to a magistrate judge for trial, the parties shall contact Frances Stone, the Court Room Deputy, to schedule a case management conference for trial setting purposes to occur within 30 days of the date of this Order.  The Court holds case management conferences on Mondays at 2:00 p.m.

IT IS SO ORDERED.

Dated: March 29, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

---

[1] Profiles can be found at http://cand.uscourts.gov/judges.

United States District Court
Northern District of California