1 | Robert J. Bernstein
**The Law Office of Robert J. Bernstein**
2 | 380 Lexington Avenue, 17th Floor
New York, NY 10168
3 | Tel: 212.551.1068
Fax: 212.551.1001
4 | Email: rjb@robert-bernsteinlaw.com

5 | Attorney for Plaintiff
*The Dr. Huey P. Newton Foundation, Inc.*

6 |

7 | **SHEPPARD MULLIN RICHTER & HAMPTON LLP**
JILL M. PIETRINI, Cal. Bar No. 138335
8 | jpietrini@sheppardmullin.com
1901 Avenue of the Stars, 16th Floor
9 | Los Angeles, California  90067
Telephone:    (310) 228-3700
Facsimile:     (310) 228-3701
10 |

11 | SHANNON S. KING, Cal. Bar No. 233386
sking@sheppardmullin.com
12 | Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
13 | Telephone:    (415) 434-9100
Facsimile:     (415) 434-3947

14 | Attorneys for Defendant
*CafePress Inc.*

15 |

16 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17 |

| | |
|---|---|
| 18 **THE DR. HUEY P. NEWTON FOUNDATION, INC.,** | CASE NO. CV-11-04208-YGR |
| 19 | |
| 20 **Plaintiff,** | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AGAINST DEFENDANT CAFEPRESS INC. |
| 21 v. | |
| 22 **CAFEPRESS INC.,** | |
| 23 DEFENDANT. | |

24

25

26

27

28

-1-

1    IT IS HEREBY STIPULATED and agreed, by and between the plaintiff The Dr. Huey P.

2  Newton Foundation, Inc. ("Plaintiff") and the defendant CafePress Inc. ("CafePress"),

3  through their respective counsel of record, that between them they have reached a

4  settlement resolving all claims at issue in this case and that all claims for relief alleged

5  herein against CafePress shall be dismissed with prejudice.  Each party shall bear its own

6  attorneys' fees and costs of suit.

7    **IT IS SO STIPULATED**.

8

9    THE LAW OFFICE OF ROBERT J. BERNSTEIN

10
Dated:  July 12, 2012                    By:    /s/ RJB
11                                              Robert J. Bernstein
                                              380 Lexington Avenue, 17th Floor
12                                             New York, NY 10168
                                              Tel: 212.551.1068
13                                             Fax: 212.551.1001

14                                             *Attorney for Plaintiff*
                                              THE DR. HUEY P. NEWTON FOUNDATION, INC.

15

16    SHEPPARD MULLIN RICHTER & HAMPTON LLP

17
Dated:  July 11, 2012                    BY:   _Jill Pietrini_
18                                             Jill M. Pietrini
                                              Shannon S. King
19                                             1901 Avenue of the Stars, Suite 1600
                                              Los Angeles, CA 90067-6055
20                                             Tel: 310.228.3700
                                              Fax: 310.228.3701
21
                                              *Attorneys for Defendant*
22                                             CAFEPRESS INC.

23

24

25

26

27

28

-2-

1

**ORDER OF DISMISSAL**

2          **PURSUANT** to the foregoing stipulation, all of Plaintiff's claims for relief against

3    CafePress herein are dismissed with prejudice.

4          Each party shall bear its own attorneys' fees and costs of suit.

5          **IT IS SO ORDERED.**

6          Dated:  July 16, 2012

7

8    _____
     **YVONNE GONZALEZ ROGERS**

9    **UNITED STATES DISTRICT COURT JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28